**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MICHAEL PERVOE,
CDCR# C-59138,

                                    Plaintiff,

            vs.

JEFF MACOMBER, WILLIAM
HOLLOWAY, DANIELLE
CONCEPCION-RESENTREN, PEREZ,
DAVID J. CLAYTON, ESEGUERRA,
CDCR,

                                    Defendants.

Case No.: 3:26-cv-1360-JES-SBC

**ORDER GRANTING MOTION FOR CLARIFICATION**

**[ECF No. 7]**

On March 2, 2026, Plaintiff Michael Pervoe ("Plaintiff"), an inmate proceeding *pro se*, initiated civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. On March 24, 2026, the Court dismissed the Complaint as frivolous because it was duplicative of a previously filed civil rights action initiated by Plaintiff in this Court on August 8, 2025, which was still pending in *Pervoe v. Macomber*, Case No. 3:25-cv-2271-CAB-MMP ("*Pervoe I*"). *See* ECF No. 5. The Court noted that the two cases contain the same general allegations, allege the same causes of action arising from the failure to provide Plaintiff with a single cell classification, and were filed by the same Plaintiff against largely the

1

same defendants. *See* ECF No. 5 (comparing *Pervoe I*, Case No. 3:25-cv-2271-CAB-MMP, ECF Nos. 1, 19, with *Pervoe v. Macomber, et al.,* Case No. 3:26-cv-1360-JES-SBC, ("*Pervoe II*"), ECF No. 1). The Court further noted that Plaintiff had been granted leave to amend his complaint in *Pervoe I*, and to the extent he wished to proceed with his claims, he must do so as directed by the Court in *Pervoe I*, 3:25-cv-2271-CAB-MMP, ECF No. 9. *See* ECF No. 5 at 5. The Court then dismissed *Pervoe II* as duplicative and entered judgment on March 24, 2026. ECF Nos. 5, 6.

On March 30, 2026, Plaintiff filed a "Notice and Motion for Clarification Regarding Case Status and Request for Administrative Correction." ECF No. 7. Shortly thereafter Plaintiff filed a "supplement" that appears to contain some pages of his complaint. ECF No. 8. Based on the motion, it appears Plaintiff was unclear as to which case would proceed because he believed *Pervoe I* had been "closed" and *Pervoe II* was dismissed. *Id.* at 1.

Given Plaintiff's apparent confusion, the Court **GRANTS** his request for clarification. As this Court and noted in its previous Order, at the time this case (*Pervoe II*) was dismissed and judgment entered, Plaintiff had been granted leave to amend his complaint in *Pervoe I*. *See* 3:25-cv-2271-CAB-MMP, ECF No. 9. And review of the docket in *Pervoe I* reflects that Plaintiff filed an Amended Complaint in that case on April 2, 2026. *Id.*, ECF No. 10. The Amended Complaint in *Pervoe I* is pending screening by the Court as required under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). Thus, *Pervoe I* is proceeding in due course. And Plaintiff is cautioned that any future filings should be submitted as directed by the Court in *Pervoe I*, 3:25-cv-2271-CAB-MMP, ECF No. 9. This case, *Pervoe II*, remains dismissed. The Clerk of Court shall close the file.

**IT IS SO ORDERED**.

Dated: July 1, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-1360-JES-SBC